UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------------------x
SUMAYA HUSSEIN, on behalf of herself and all others similarly situated,

                                        Plaintiff,

      -v.-

OSKA SHOP NEW YORK, LLC,

                                        Defendants.
-------------------------------------------------------------------------x

Civil Action No:
1:23-cv-3865

## **NOTICE OF VOLUNTARY DISMISSAL**

        IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 27, 2023

                                                                           Respectfully Submitted,

                                                                          /s/Yaakov Saks
                                                                         Yaakv Saks, Esq.
                                                                          **Stein Saks, PLLC**
                                                                          One University Plaza, Suite 620
                                                                          Hackensack, NJ 07601
                                                                          ysaks@steinsakslegal.com
                                                                          Tel. 201-282-6500
                                                                          Fax 201-282-6501
                                                                          *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 27th day of September, 2023        Respectfully Submitted,

                                                             */s/ Yaakov Saks*
                                                               Yaakov Saks